IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WILFORD SUNCHILD, <br><br> Plaintiff, <br><br> vs. <br><br> ANGELA STANFIELD and INDIA BLATT-DEMONTINEY, <br><br> Defendants. | CV 19–47–GF–BMM–JTJ <br><br> ORDER |

Plaintiff Wilford SunChild, proceeding without counsel, filed a motion to proceed in forma pauperis (Doc. 1) and proposed Complaint. (Doc. 2.) SunChild alleges that Defendants committed perjury in violation of his due process rights during the course of criminal proceedings against him in April of 2014. United States Magistrate Judge John Johnston entered his Findings and Recommendations in this case on July 15, 2019 (Doc. 4.) Judge Johnston recommended that SunChild's Complaint be dismissed.

Neither party filed objections to the Findings and Recommendations. The parties have waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc);

*Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 4) are **ADOPTED IN FULL**. SunChild's Complaint (Doc. 1) shall be dismissed.

**IT IS FURTHER ORDERED** that the Clerk or Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. The record makes plain that the instant Complaint is frivolous as it lacks and substance in law or fact.

DATED this 12th day of August, 2019.

Brian Morris
United States District Court Judge